UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CORCORAN STATE PRISON, et al.,<br><br>  Defendants. | **CASE NO. 1:13-cv-01704-LJO-MJS (PC)**<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF NO. 13)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. No other parties have appeared in the action.

On February 27, 2014, the California Department of Corrections filed in this action a stipulation to dismiss with prejudice an unrelated case involving Plaintiff, Bowell v. Diaz, No. 11-cv-1350-AWI-MJS. (ECF No. 13.) The stipulation was signed by Plaintiff and by counsel for the defendants in Diaz, who are not Defendants in this action. Nonetheless, the stipulation "incorporated" this action.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The February 27, 2015 stipulation is sufficient under Rule 41.

Accordingly, this action is HEREBY DISMISSED with prejudice.  The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:   **March 3, 2015**                    **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE